Name: Yongda Harris
Address: PO Box 7
Allston, MA 02134
Phone Number: 857 615 9657
E-mail Address: yoharris@gmail.com
Pro Se

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2019
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yongda Harris

PLAINTIFF(S)

v.

United States

DEFENDANT(S)

CASE NUMBER

2:16-cv-06169-CAS

APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

As the (Plaintiff/Defendant) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   
   [X] A Computer with internet access.
   
   [X] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   
   [X] A scanner to convert documents that are only in paper format into electronic files.
   
   [X] A printer or copier to create required paper copies such as chambers copies.
   
   [X] A word-processing program to create documents; and
   
   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 6/13/2019        Signature: _____

CV-005 (12/15)        APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE