

Yongda Harris
PO Box 7
Allston, MA 02134
(857) 615-9657
yoharris@gmail.com
Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yongda Harris,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant(s) | Case No.: 2:16-cv-06169-CAS<br><br>MOTION FOR EX PARTE STATUS FOR EXHIBIT 1 AND MOTION FOR COURT TO ORDER EMAIL CORRESPONDENCE FOR ALL FUTURE COMMUNICATIONS BETWEEN COURT AND PLAINTIFF |

Plaintiff requests the court to exempt him from providing a copy of Exhibit 1 to the Government. Exhibit 1 is the confidential attorney client communication between plaintiff and his then attorney. In addition the Government has the communication already in its records as the Court can see from the contents. To protect Plaintiff's attorney client confidentiality Plaintiff hereby requests Ex Parte status granted for the Exhibit in question.

Plaintiff requests the Court allow the emailing of all future correspondence between Plaintiff and the Court. Plaintiff can still mail motions if the Court deems it

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 1

necessary however Plaintiff requests the Court authorize the emailing of all notices and Court documents to Plaintiff's email account: yoharris@gmail.com

Due to the vast distances and length of time it takes for the Plaintiff to receive documents from the Court it is an extreme hardship for Plaintiff who is already Pro Se to be able to have enough time to defend himself or make his case. It is deeply unbalanced and unfair to Plaintiff's right to a fair hearing or a fair trial and in addition it will save the Court money for mailing fees if the Court can simply mail all documents in a scanned PDF form to Plaintiff. Plaintiff assumes the Government has access to e-filing and sending electronic motions and papers to the Court while Plaintiff is forced to use an expensive and time consuming paper form to deliver documents. This is deeply financially and legally harmful to Plaintiff and he requests the Court to grant this Motion and allow all future correspondence both to and from the Court by email at the Court's discretion.

Dated this 12nd day of JUNE, 2019

YONGDA HARRIS

Plaintiff in Pro Per

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 2

# EXHIBIT 1

**Matthew Lombard <mlombard@lombardlaw.net>** Aug 7, 2013, 2:05 PM

to me

see below. let me know if there are any materials on the laptop that you want copied and preserved other than the anime. i will contact the agent in boston after I hear from you.

---------- Forwarded message ----------
From: **Mills, Melissa (USACAC) 2** <Melissa.Mills@usdoj.gov>
Date: Wed, Aug 7, 2013 at 11:02 AM
Subject: Harris
To: Matthew Lombard <mlombard@lombardlaw.net>
Cc: "Huang, Michael S" <Michael.S.Huang@ice.dhs.gov>


Matt, I spoke with the case agent about your request that all items seized be returned. In accordance with the plea agreement, DHS declines to return the items, other than the laptop and the passport. If there is a particular item of sentimental or other value that you would like to specifically request, DHS may consider such a particularized request on an individual basis, if they believe there is a reason to do so. The case agent will be in touch to arrange return the passport to you.


The laptop is in the custody of DHS agents in Boston, and it will be returned. Please contact the lead Boston agent directly to facilitate the return of the laptop and any items that may need to be returned after their search. His email is Christopher.W.Diorio@ice.dhs.gov. There is no need to copy me on those communications. As you know, the laptop contains material that your client is not permitted to possess under the terms of his supervision, so that material will need to be eradicated from the hard drive before it is returned. If there are other files on the hard drive that your client would like to copy before that happens, please coordinate with SA Diorio to do that in Boston.


Melissa Mills

**Assistant United States Attorney**

United States Attorney's Office | 312 N. Spring St., 13th Floor | Los Angeles, CA 90012
T: 213.894.0627 | F: 213.894.6436 | melissa.mills@usdoj.gov



**Matthew Lombard <mlombard@lombardlaw.net>** Tue, Aug 27, 2013, 7:49 PM

to me

below is the Agent's response to my request. you should forward this to your civil lawyer.

Mr. Lombard,

In light of the pending appeal in this matter, DHS/ICE/Homeland Security Investigations (HSI) Los Angeles (LA) will continue to retain all specified items until all appeals have been waived or exhausted or we receive confirmation that the items are no longer needed for potential evidentiary purposes.

Additionally, as stated by AUSA Mills in her message of August 7, in accordance with the terms of the plea agreement, HSI LA declines to return items labeled 1-86; however, if there is a listed item of particular sentimental or other value that you would like to specifically request, we will consider such a particularized request on an individual basis after the appeals process has been resolved, provided that Mr. Harris is not prohibited from possessing the item under the terms of his probation. In the meantime, I would advise you to continue to coordinate the return of the laptop and any items belonging to Mr. Harris' mother in the possession of HSI Boston with Special Agent Diorio and the AUSA in Boston.

Respectfully,

Michael Huang

Special Agent

U.S. Department of Homeland Security

--

Law Office of Matthew J. Lombard
2115 Main Street
Santa Monica, CA 90405
(310) 399-3259
(310) 392-9029 (fax)

This e-mail and any attachments contain information from the law firm of Matthew Lombard, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify

the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.



