

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YONGDA HARRIS | CASE NUMBER |
|---|---|
| | 2:16-cv-06169-CAS |
| | 2:12-cr-01085-CAS |
| PLAINTIFF(S) | |
| v. | |
| UNITED STATES OF AMERICA, | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _____Yongda Harris_____ _____ is hereby:

☐ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____

_____
United States District/Magistrate Judge

☒ **DENIED**
*Comments:*

Dated: _6/25/19_

_Christina A. Snyder_ (signature)
United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING