# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV16-06169-CAS | Date | June 26, 2019 |
|---|---|---|---|
| Title | *YONGDA HUANG HARRIS v. UNITED STATES OF AMERICA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE |
|---|---|

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) -** MOTION FOR *EX PARTE* STATUS FOR EXHIBIT 1 AND MOTION FOR COURT TO ORDER EMAIL CORRESPONDENCE FOR ALL FUTURE COMMUNICATIONS BETWEEN COURT AND PLAINTIFF (Filed 06/17/2019)[29]

OBJECTION TO *IN CAMERA* PROCEEDING AND MOTION FOR PRELIMINARY INJUNCTION TO ORDER GOVERNMENT TO REVEAL ITS CRIMINAL CHARGES AND INVESTIGATION AGAINST PLAINTIFF (Filed 06/17/2019)[28]

The Court is in receipt of the above-referenced motions/requests filed by the defendant. The Court sets the following briefing:

- Government's Response shall be filed on or before July 10, 2019; and
- Defendant's Reply shall be filed on or before July 24, 2019.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |